Honorable Judge Robert S. Lasnik

Joanne T. Blackburn, WSBA No. 21541
Natalia Smirnova, WSBA No. 55110
821 Kirkland Ave., Suite 200
Kirkland, WA 98033
Telephone: 425.646.2956
Facsimile: 425.462.4995
jblackburn@gillaspyrhode.com
nsmirnova@gillaspyrhode.com
*Counsel for Foremost Insurance Company Grand Rapids, Michigan*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENTROTT FAMILY PROPERTIES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a foreign insurance company,<br><br>Defendant. | NO. 3:22-cv-05319-RSL<br><br>ORDER GRANTING DEFENDANT FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD<br><br>NOTE ON MOTION CALENDAR:<br>June 21, 2022 |

THIS MATTER, having come before the Court on Defendant Foremost Insurance Company Grand Rapids, Michigan's Motion for Extension of Time to File Response to Complaint filed herewith

IT IS HEREBY ORDERED that Defendant Foremost Insurance Company Grand Rapids, Michigan's Motion is GRANTED. Defendant Foremost Insurance Company Grand

---

DEFENDANT FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD - 1

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

Rapids, Michigan has until July 8, 2022 to answer or otherwise plead in response to Plaintiff's complaint.

DATED this 22nd day of June, 2022.

Robert S. Lasnik
United States District Judge

Presented by:

**GILLASPY & RHODE, PLLC**

_/s/ Natalia Smirnova_
Joanne T. Blackburn, WSBA No. 21541
Natalia Smirnova, WSBA No. 55110
821 Kirkland Ave., Suite 200
Kirkland, WA 98033
Telephone: 425.646.2956
Facsimile: 425.462.4995
jblackburn@gillaspyrhode.com
nsmirnova@gillaspyrhode.com
*Attorneys for Defendant Foremost Insurance Company Grand Rapids, Michigan*

DEFENDANT FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD - 2

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995