Honorable Judge Robert S. Lasnik

Joanne T. Blackburn, WSBA No. 21541
Natalia Smirnova, WSBA No. 55110
1420 5th Ave #2200
Seattle, Washington 98101
Telephone: 206.676.3400
joanne.blackburn@ropers.com
natalia.smirnova@ropers.com

*Counsel for Foremost Insurance Company Grand Rapids, Michigan*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENTROTT FAMILY PROPERTIES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a foreign insurance company,<br><br>Defendant. | Case No. 3:22-cv-05319-RSL<br><br>ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE TRIAL DATE |

## ORDER

Upon consideration of Plaintiff Bentrott Family Properties LLC and Defendant Foremost Insurance Company Grand Rapids, Michigan's joint stipulation to continue trial, and good cause shown,

IT IS HEREBY ORDERED THAT

1. Trial in this matter is continued to August 19, 2024;

2. The dates set forth in the Scheduling Order (Dkt.16) shall be modified and continued.

ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE TRIAL DATE - 1

Ropers Majeski PC
Attorneys at Law
1420 5th Ave
#2200
Seattle, Washington 98101
206.676.3400

4881-3186-0598.3

DATED this 9th day of August, 2023.

*(signed)* Robert S. Lasnik
Robert S. Lasnik
United States District Judge

*Submitted by*:

ROPERS MAJESKI PC

By: */s/ Joanne T. Blackburn*
    Joanne T. Blackburn, WSBA No. 21541
    Natalia Smirnova, WSBA No. 55110
    joanne.blackburn@ropers.com
    natalia.smirnova@ropers.com
    *Attorneys for Defendant*

STOLLE LAW GROUP, P.S.

By:*/s/ Steven A. Stolle*
    Steven A. Stolle, WSBA No. 30807
    sstolle@stollelawgroup.com
    *Attorney for Plaintiff*

ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE TRIAL DATE - 2

Ropers Majeski PC
Attorneys at Law
1420 5th Ave
#2200
Seattle, Washington 98101
206.676.3400

4881-3186-0598.3